HON. RONALD B. LEIGHTON

```
_____FILED    _____LODGED
_____RECEIVED
NOV 21 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JACQUELINE G. PATTERSON,  )
    Plaintiff,  )
)
vs.  )
)
MANTECH TELECOMMUNICATIONS  )
AND INFORMATION SYSTEMS  )
CORP.,  )
    Defendant.  )
_____  )  Case No. 3:12-cv-05067-RBL

### [PROPOSED] ORDER DENYING DEFENDANT MANTECH'S MOTION TO COMPEL DISCLOSURES AND DISCOVERY

Having considered the Motion to Compel Disclosures and Discovery filed by defendant Mantech Telecommunications and Information Systems Corp., together with all appropriate responses and objections thereto,

IT IS ORDERED that the Motion to Compel Disclosures and Discovery filed by defendant Mantech Telecommunications and Information Systems Corp. is, in all respects, DENIED.

Terry A. Venneberg
Attorney at Law
3425 Harborview Drive
Gig Harbor WA 98332
(253) 858-6601
(253) 858-6603 fax

DATED this 21st day of November, 2012.

_____
Ronald B. Leighton
U.S. District Court Judge

DATED this 29th day of March, 2012.

By: /s/ Terry A. Venneberg
    Terry A. Venneberg
    WSBA No. 31348
    3425 Harborview Drive
    Gig Harbor, Washington 98332
    Telephone: (253) 858-6601
    Fax: (253) 858-6603
    E-mail: terry@washemploymentlaw.com

[PROPOSED] ORDER DENYING DEFENDANT MANTECH'S MOTION TO COMPEL DISCLOSURES AND DISCOVERY - Page 2

Terry A. Venneberg
Attorney at Law
3425 Harborview Drive
Gig Harbor WA 98332
(253) 858-6601
(253) 858-6603 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DENYING DEFENDANT MANTECH'S MOTION TO COMPEL DISCLOSURES
AND DISCOVERY - Page 3

**Terry A. Venneberg**
Attorney at Law
3425 Harborview Drive
Gig Harbor WA 98332
(253) 858-6601
(253) 858-6603 fax