THE HONORABLE RONALD B. LEIGHTON

FILED ___ LODGED
___ RECEIVED
NOV 21 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| JACQUELINE G. PATTERSON, | ) | Case No. 3:12-CV-05067 RBL |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF |
| vs. | ) ) | FROM EXPERT DISCLOSURE DEADLINE AND TO COMPEL RULE 35 |
| MANTECH TELECOMMUNICATIONS AND INFORMATION SYSTEMS, CORP., | ) ) ) | EXAMINATION OF PLAINTIFF |
| Defendant. | ) ) ) | **NOTE ON MOTION CALENDAR: NOVEMBER 9, 2012** |

This matter having come before the Court on Defendant's Motion for Relief from Expert Disclosure Deadline and to Compel Rule 35 Examination of Plaintiff filed on November 1, 2012, and the Court having considered the parties' papers filed in support of, response to, and in reply, the Court hereby:

FINDS that good cause exists to order the mental examination of Plaintiff in this case and to allow the examiner to provide her report by November 27, 2012.

The Court therefore ORDERS that

1. Plaintiff shall appear for psychological examination and testing at the offices of Dr. Laura Brown on November 16, 2012 beginning at 9:00 a.m.

2. Defendant shall provide Dr. Brown's report to Plaintiff by November 27, 2012.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR
RELIEF FROM EXPERT DISCLOSURE DEADLINE - 1
(Case No. 3:12-CV-05067 RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

3. This deadline shall be considered a timely disclosure of Dr. Brown's opinions for purposes of FRCP 26 (a)(2)(D).

4. ~~Plaintiff shall pay Defendant's reasonable costs and attorney fees incurred in obtaining this Order from the Court. Defendant shall submit a declaration in support of its costs and fees within 10 days of entry of this Order.~~ *RBL*

ENTERED this 21st day of November, 2012

*Ronald B Leighton*

THE HONORABLE RONALD B. LEIGHTON

Presented by:

JACKSON LEWIS LLP

By: /s Nick Beermann
Nick M. Beermann, WSBA #30860
Catharine Morisset, WSBA # 29682
600 University Street, Suite 2900
Seattle, WA   98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
E-Mails:
beermann@jacksonlewis.com;
morissetc@jacksonlewis.com
Attorneys for Defendant

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM EXPERT DISCLOSURE DEADLINE - 2
(Case No. 3:12-CV-05067 RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United State of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

> Terry A. Venneberg, WSBA #31348
> 3425 Harborview Drive
> Gig Harbor, WA 98332
> Telephone: (253) 858-6601
> Facsimile: (253) 858-6603
> E-Mail: terry@washemploymentlaw.com

DATED this 1st day of November, 2012.

_____
Liana Natividad

4850-1573-1985, v. 1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR
RELIEF FROM EXPERT DISCLOSURE DEADLINE - 3
(Case No. 3:12-CV-05067 RBL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404